# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Teresa Alexander ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:11cv365

Wackenhut Security,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2012 Order.

                                                     Signed: November 20, 2012

_____
Frank G. Johns, Clerk
United States District Court